NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAHRS INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-1034

---

Appeal from the United States Court of International Trade in case no. 07-CV-0343, Judge Gregory W. Carman.

---

**ON MOTION**

---

**ORDER**

The United States moves for extensions of time, until April 6, 2012, to file its response brief.

IT IS ORDERED THAT:

The motions for extensions of time are granted. No further extensions should be anticipated.

FOR THE COURT

APR 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael J. Tonsing, Esq.
    Mikki Cottet, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 5 2012

JAN HORBALY
CLERK